No. 75-6866.  FAVORS *v.* GEORGIA.  Ct. App. Ga.  Certiorari denied.

No. 76-242.  NOBLE ET UX. *v.* McCLATCHY NEWSPAPERS ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 76-359.  U. S. INDUSTRIES, INC., ET AL. *v.* GREGG.  C. A. 3d Cir.  Certiorari denied.

No. 76-537.  INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS, AFL-CIO, ET AL. *v.* HOPKINS ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 76-571.  JOHN T. CLARK & SON OF BOSTON, INC., ET AL. *v.* STOCKMAN ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 76-706.  MARITIME TERMINALS, INC., ET AL. *v.* BROWN ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 76-880.  HALTER MARINE FABRICATORS, INC., ET AL. *v.* NULTY ET. AL.  C. A. 5th Cir.  Certiorari denied.

No. 76-910.  EDWIN K. WILLIAMS & CO.-EAST, INC., ET AL. *v.* EDWIN K. WILLIAMS & CO., INC., ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 76-1033.  EVANS, TRUSTEE IN BANKRUPTCY *v.* S. S. KRESGE Co.  C. A. 3d Cir.  Certiorari denied.

No. 76-1093.  DRAVO CORP. ET AL. *v.* MAXIN ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 76-1164.  SNYDER *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.